UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DORIS MORRELL,

        Plaintiff,

v.                                Case No:  6:22-cv-1273-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 20)
>
> **FILED:** January 18, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 19, 21–22.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> Upon remand, the Commissioner will reconsider findings at the relevant steps of the sequential evaluation process, including but not limited to a reevaluation of the Plaintiff's ability to perform work that exists in significant numbers in the national economy.

Doc. No. 20.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

> 1. The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 20) is **GRANTED**.
>
> 2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.
>
> 3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties