# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DORIS MORRELL,

        Plaintiff,

v.    Case No:   6:22-cv-1273-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 USC § 2412 & SUPPORTING STATEMENTS, & ATTACHMENTS (Doc. No. 29)
>
> **FILED:** March 29, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 19, 21–22.

Plaintiff, through counsel of record, filed a complaint against the Commissioner of Social Security regarding the denial of an application for disability benefits. Doc. No. 1. On January 20, 2023, pursuant to an unopposed motion to remand filed by the Commissioner (Doc. No. 20), the Court reversed and remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 23. On January 23, 2023, judgment was entered in favor of Plaintiff and against the Commissioner. Doc. No. 24.

By the present motion, filed on March 29, 2023, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 29. Plaintiff requests a total of $7,175.88 in attorney's fees under the EAJA, for 31 hours of work performed by her counsel in 2022 and 2023. *Id.* at 4, 7–8. The Commissioner does not oppose the motion. *Id.* at 9.

Upon consideration, and absent any objection from the Commissioner, the Court finds the request for fees pursuant to the EAJA well taken. Accordingly, Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. No. 29) is **GRANTED**, to the extent that Plaintiff is awarded a total of $7,175.88 in attorney's fees under the EAJA.[2]

---

[2] Plaintiff's motion references an assignment of EAJA fees from Plaintiff to counsel. Doc. No. 29, at 4. However, Plaintiff states only that "[a]fter the Court issues an order awarding EAJA fees payable to Plaintiff, the Commissioner will determine whether

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

Plaintiff owes a debt to the government.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees."  *Id.*  The government may exercise its discretion to honor Plaintiff's assignment of attorney's fees awarded under the EAJA if the government determines that Plaintiff does not owe a federal debt, but the Court will not order the government to do so.